IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **BONNIE S. BARTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 5:13cv00050 |
| | ) | |
| v. | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | By: Hon. Michael F. Urbanski |
| **Commissioner of Social Security,**[1] | ) | United States District Judge |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on May 20, 2014 recommending that the Commissioner's motion for summary judgment be granted and that the Commissioner's final decision be affirmed. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Dkt. No. 10) is **DENIED**, that the Commissioner's motion for summary judgment (Dkt. No. 14) is **GRANTED**, that the report and recommendation (Dkt. No. 18) is **ADOPTED in its entirety,** that the Commissioner's final decision is **AFFIRMED**, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: June 24, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

---

[1] The docket refers to Carolyn W. Colvin as the "General Counsel, Social Security Administration." The court has used her correct position in this Order.